# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ROBERT MCCANN, on behalf of himself and on behalf of all others similarly situated,**

    Plaintiff,

v.                                              Case No: 8:20-cv-178-T-35AAS

**BYNUM TRANSPORT, INC.,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice. (Dkt. 8) The Parties have filed a Joint Notice Regarding Payment of Full Amount by Defendant, advising that the FLSA claims in this case were resolved as a result of Defendant Bynum Transport, Inc. agreeing to pay the full amounts owed. As the Parties' settlement did not compromise Plaintiff's overtime compensation, the Court finds that a review of the settlement is not required for dismissal. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); Silva v. Miller, 307 Fed. Appx. 349 (11th Cir. 2009).

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each Party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 28th day of February, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party